UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 9:12-cv-81158-KAM

FILED by _____ D.C.

MAR 18 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**John Pinson**

    *Plaintiff.*

**vs**

**WAGNER & HUNT P.A., et. Al.**

    *Defendants/*

**MOTION FOR ENLARGMENT OF TIME
TO RESPOND TO DEFENDANTS MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF THIS COURT:

    The Plaintiff *pro se*, John Pinson, files this Motion for Enlargement of Time, and in support thereof would show:

1. Defendant has filed a lengthy motion to dismiss.

2. Due to a family medical emergency plaintiff has not had access to files, internet or computer, did not have opposing counsel's contact information or the motion to dismiss.

3. Plaintiff is pro se and does not have support staff.

4. Plaintiff requests a 14 day enlargement of time to respond to Defendant's Motion to Dismiss

5. This is Plaintiff's first application for extension of time in this case.

    WHEREFORE, the Plaintiff respectfully requests the court allow Plaintiff additional time to respond as requested.

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

Defendants Counsel:
Dorothy Maier
WAGNER & HUNT P.A.
5233 Coconut Creek Parkway
Margate, Florida 33063