IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  12-81158 CIV-MARRA/MATTEWMAN

JOHN PINSON

      Plaintiff

Vs

WAGNER & HUNT, PA.

      Defendant
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

      COMES NOW the Defendant, WAGNER & HUNT, PA., by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 12 and hereby files its Answer and Affirmative Defenses in the above captioned cause and states therefore the following:

      1)     As to those allegations set forth in paragraph 1, those allegations are hereby admitted.

      2)     As to those allegations set forth in paragraph 2, those allegations are hereby denied and Defendant demands strict proof thereof.

      3)     As to those allegations set forth in paragraph 3,  those allegations are hereby denied and Defendant demands strict proof thereof.

      4)     As to those allegations set forth in paragraph 4, those allegations are hereby denied and Defendant demands strict proof thereof.

      5)     As to those allegations set forth in paragraph 5, those allegations are hereby denied and Defendant demands strict proof thereof.

6)      As to those allegations set forth in paragraph 6, those allegations are hereby denied and Defendant demands strict proof thereof.

7)      As to those allegations set forth in paragraph 7, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof

8)      As to those allegations set forth in paragraph 8, those allegations are hereby denied and Defendant demands strict proof thereof.

9)      As to those allegations set forth in paragraph 9, those allegations are hereby admitted.

10)     As to those allegations set forth in paragraph 10, those allegations are hereby admitted.

11)     As to those allegations set forth in paragraph 11, those allegations are hereby admitted.

12)     As to those allegations set forth in paragraph 12, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

13)     As to those allegations set forth in paragraph 13, those allegations are hereby admitted.

14)     As to those allegations set forth in paragraph 14, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

15)     As to those allegations set forth in paragraph 15, those allegations are hereby admitted.

16)     As to those allegations set forth in paragraph 16, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

17)     As to those allegations set forth in paragraph 17, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

18)     As to those allegations set forth in paragraph 18, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

19)     As to those allegations set forth in paragraph 19, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

20)     As to those allegations set forth in paragraph 20, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

21)     As to those allegations set forth in paragraph 21, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

22)     As to those allegations set forth in paragraph 22, those allegations are hereby denied and Defendant demands strict proof thereof.

23)     As to those allegations set forth in paragraph 23, those allegations are hereby denied and Defendant demands strict proof thereof.

24)     As to those allegations set forth in paragraph 24, Defendants are without

sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

25)     As to those allegations set forth in paragraph 25, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

26)     As to those allegations set forth in paragraph  26, those allegations are hereby denied and Defendant demands strict proof thereof.

27)     As to those allegations set forth in paragraph 27, those allegations are hereby denied and Defendant demands strict proof thereof.

28)     As to those allegations set forth in paragraph 28, those allegations are hereby admitted.

29)     As to those allegations set forth in paragraph 29, those allegations are hereby denied and Defendant demands strict proof thereof.

30)     As to those allegations set forth in paragraph 30, those allegations are hereby admitted.

31)     As to those allegations set forth in paragraph 31, those allegations are hereby denied and Defendant demands strict proof thereof.

32)     As to those allegations set forth in paragraph 32, those allegations are hereby denied and Defendant demands strict proof thereof.

33)     As to those allegations set forth in paragraph 33, those allegations are hereby admitted.

34)     As to those allegations set forth in paragraph 34, those allegations are hereby denied and Defendant demands strict proof thereof.

35)     As to those allegations set forth in paragraph 35, those allegations are hereby denied and Defendant demands strict proof thereof.

36)     As to those allegations set forth in paragraph 36, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

37)     As to those allegations set forth in paragraph 37, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

38)     As to those allegations set forth in paragraph 38, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

39)     As to those allegations set forth in paragraph 39, those allegations are hereby denied and Defendant demands strict proof thereof.

40)     As to those allegations set forth in paragraph 40, those allegations are hereby admitted.

41)     As to those allegations set forth in paragraph 41, those allegations are hereby denied and Defendant demands strict proof thereof.

42)     As to those allegations set forth in paragraph 42, those allegations are hereby denied and Defendant demands strict proof thereof.

43)     As to those allegations set forth in paragraph 43 those allegations are hereby denied and Defendant demands strict proof thereof.

44)     As to those allegations set forth in paragraph 44, those allegations are hereby denied and Defendant demands strict proof thereof.

45)      As to those allegations set forth in paragraph 45, those allegations are hereby denied and Defendant demands strict proof thereof.

46)      As to those allegations set forth in paragraph 46, those allegations are hereby denied and Defendant demands strict proof thereof.

47)      As to those allegations set forth in paragraph 47, those allegations are hereby denied and Defendant demands strict proof thereof.

48)      As to those allegations set forth in paragraph 48, those allegations are hereby denied and Defendant demands strict proof thereof.

49)      As to those allegations set forth in paragraph 49, those allegations are hereby denied and Defendant demands strict proof thereof.

50)      As to those allegations set forth in paragraph 50, those allegations are hereby denied and Defendant demands strict proof thereof.

51)      As to those allegations set forth in paragraph 51, those allegations are hereby denied and Defendant demands strict proof thereof.

52)      As to those allegations set forth in paragraph 52, those allegations are hereby denied and Defendant demands strict proof thereof.

53)      As to those allegations set forth in paragraph 53,  those allegations are hereby denied and Defendant demands strict proof thereof.

54)      As to those allegations set forth in paragraph 54, those allegations are hereby denied and Defendant demands strict proof thereof.

55)      Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 54 hereinabove and incorporates the same by reference..

56)      As to those allegations set forth in paragraph 56, Defendants are without

sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

     57)    As to those allegations set forth in paragraph 57, those allegations are hereby admitted.

     58)    As to those allegations set forth in paragraph 58, those allegations are hereby admitted.

     59)    As to those allegations set forth in paragraph 59, those allegations are hereby admitted.

     60)    As to those allegations set forth in paragraph 60, those allegations are hereby admitted.

     61)    As to those allegations set forth in paragraph 61,  those allegations are hereby denied and Defendant demands strict proof thereof.

     62)    As to those allegations set forth in paragraph 62,  those allegations are hereby denied and Defendant demands strict proof thereof

     63)    As to those allegations set forth in paragraph 63,  those allegations are hereby denied and Defendant demands strict proof thereof.

     64)    As to those allegations set forth in paragraph 64,  those allegations are hereby denied and Defendant demands strict proof thereof.

     65)    As to those allegations set forth in paragraph 65,  those allegations are hereby denied and Defendant demands strict proof thereof

     66)    As to those allegations set forth in paragraph 66,  those allegations are hereby denied and Defendant demands strict proof thereof

     67)    As to those allegations set forth in paragraph 67,  those allegations are

hereby denied and Defendant demands strict proof thereof

68) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 67 hereinabove and incorporates the same by reference..

69) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 68 hereinabove and incorporates the same by reference..

70) As to those allegations set forth in paragraph 70, those allegations are hereby denied and Defendant demands strict proof thereof

71) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 70 hereinabove and incorporates the same by reference.

72) As to those allegations set forth in paragraph 72, those allegations are hereby denied and Defendant demands strict proof thereof .

73) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 72 hereinabove and incorporates the same by reference..

74) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 73 hereinabove and incorporates the same by reference.

75) As to those allegations set forth in paragraph 75, those allegations are hereby denied and Defendant demands strict proof thereof .

76) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 75 hereinabove and incorporates the same by reference.

77) As to those allegations set forth in paragraph 77 those allegations are hereby denied and Defendant demands strict proof thereof .

78) Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 77 hereinabove and incorporates the same by reference

79)     As to those allegations set forth in paragraph 79  those allegations are hereby denied and Defendant demands strict proof thereof .

80)     As to those allegations set forth in paragraph 80  those allegations are hereby denied and Defendant demands strict proof thereof .

81)   As to those allegations set forth in paragraph 81  those allegations are hereby denied and Defendant demands strict proof thereof .

82)   As to those allegations set forth in paragraph 82  those allegations are hereby denied and Defendant demands strict proof thereof .

83)   As to those allegations set forth in paragraph 83  those allegations are hereby denied and Defendant demands strict proof thereof .

84)   As to those allegations set forth in paragraph 84  those allegations are hereby denied and Defendant demands strict proof thereof .

85)   Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 84 hereinabove and incorporates the same by reference.

86)   As to those allegations set forth in paragraph 86  those allegations are hereby denied and Defendant demands strict proof thereof.

87)   As to those allegations set forth in paragraph 87  those allegations are hereby admitted.

88)   As to those allegations set forth in paragraph 88  those allegations are hereby denied and Defendant demands strict proof thereof.

89)   As to those allegations set forth in paragraph 89, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

90)   As to those allegations set forth in paragraph 90, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

91)   As to those allegations set forth in paragraph 89  those allegations are hereby denied and Defendant demands strict proof thereof.

92)   Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 91 hereinabove and incorporates the same by reference.

93)   As to those allegations set forth in paragraph 93  those allegations are hereby denied and Defendant demands strict proof thereof.

94)   As to those allegations set forth in paragraph 94  those allegations are hereby admitted.

95). As to those allegations set forth in paragraph 95, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

96)   As to those allegations set forth in paragraph 96  those allegations are hereby denied and Defendant demands strict proof thereof.

97)   As to those allegations set forth in paragraph 97, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

98)   As to those allegations set forth in paragraph 96  those allegations are hereby denied and Defendant demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE:**   Failure to state a cause of action against this

Defendant.

**SECOND AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, by reason  of waiver and/or estoppel.

**THIRD AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, by the doctrine of unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**:    Plaintiff has not suffered any actual damages, and to the extent that any actual damages may exist, such damages were caused by Plaintiff's own conduct and not by any act or omission on the part of the Defendant.

**FIFTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, because Plaintiff failed to mitigate its damages.

**SIXTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims are barred in whole or in part because the Plaintiff did in fact apply for credit and obtained an American Express credit card.  In connection with the application for and obtaining an American Express credit card, the Plaintiff gave American Express and/or its agents Plaintiff's consent to obtain the Plaintiff's credit reports.

**SEVENTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, because Defendant's was authorized by the Plaintiff and had a justified business reason for accessing the Plaintiff's credit report information. actions  are privileged or justified in asserting in good faith a legally protected interest of its own or threatening in good faith to protect its interest by appropriate means.

**EIGHTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part,  because the Defendant did not at any time report any information whatsoever

concerning the Plaintiff to any credit reporting agency located anywhere ,

**NINTH AFFIRMATIVE DEFENSE**:   Plaintiffs is not entitled to an award of

attorney's fees or costs.          **DEMAND FOR ATTORNEYS FEES**

          Defendant has been required to retain the undersigned counsel to defend against

Plaintiffs' claims and is required to pay a reasonable fee for services which it is

entitled to recover against the Plaintiff.

          Respectfully subitted,

                                        HUNT & KAHN , PA
                                        formerly known as
                                        WAGNER & HUNT, PA
                                        Attorneys for Defendant
                                        Post Office Box 934788
                                        Margate, FL 33093-4788
                                        1-800-777-2602
                                        dorothymaier@wagnerandhuntlaw.com


                                        By:_____
                                              Dorothy V. Maier
                                              FBN  338176

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2013 I caused the foregoing to be electronically filed with the United States District Court, Southern District of Florida and served on the Plaintiff, John Pinson, at john@pinson.com and 526 Westwood Road, West Palm Beach, FL 33401.

/s/  Dorothy V. Maier

By: _____

Dorothy V. Maier

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  12-81158 CIV-MARRA/MATTEWMAN

JOHN PINSON

      Plaintiff

Vs

WAGNER & HUNT, PA.

      Defendant

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW the Defendant, WAGNER & HUNT, PA., by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 12 and hereby files its Answer and Affirmative Defenses in the above captioned cause and states therefore the following:

1)      As to those allegations set forth in paragraph 1, those allegations are hereby admitted.

57)      As to those allegations set forth in paragraph 2, those allegations are

hereby denied and Defendant demands strict proof thereof.

58)     As to those allegations set forth in paragraph 3,  those allegations are hereby denied and Defendant demands strict proof thereof.

59)     As to those allegations set forth in paragraph 4, those allegations are hereby denied and Defendant demands strict proof thereof.

60)     As to those allegations set forth in paragraph 5, those allegations are hereby denied and Defendant demands strict proof thereof.

61)     As to those allegations set forth in paragraph 6, those allegations are hereby denied and Defendant demands strict proof thereof.

62)     As to those allegations set forth in paragraph 7, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof

63)     As to those allegations set forth in paragraph 8, those allegations are hereby denied and Defendant demands strict proof thereof.

64)     As to those allegations set forth in paragraph 9, those allegations are hereby admitted.

65)     As to those allegations set forth in paragraph 10, those allegations are hereby admitted.

66)     As to those allegations set forth in paragraph 11, those allegations are hereby admitted.

67)     As to those allegations set forth in paragraph 12, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

68)      As to those allegations set forth in paragraph 13, those allegations are hereby admitted.

69)      As to those allegations set forth in paragraph 14, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

70)      As to those allegations set forth in paragraph 15, those allegations are hereby admitted.

71)      As to those allegations set forth in paragraph 16, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

72)      As to those allegations set forth in paragraph 17, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

73)      As to those allegations set forth in paragraph 18, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

74)      As to those allegations set forth in paragraph 19, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

75)      As to those allegations set forth in paragraph 20, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore,  said allegations are hereby denied and Defendant demands strict proof thereof.

76)      As to those allegations set forth in paragraph 21, Defendants are without

sufficient knowledge to either admit or deny said allegations. Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

77)    As to those allegations set forth in paragraph 22, those allegations are hereby denied and Defendant demands strict proof thereof.

78)    As to those allegations set forth in paragraph 23, those allegations are hereby denied and Defendant demands strict proof thereof.

79)    As to those allegations set forth in paragraph 24, Defendants are without sufficient knowledge to either admit or deny said allegations. Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

80)    As to those allegations set forth in paragraph 25, Defendants are without sufficient knowledge to either admit or deny said allegations. Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

81)    As to those allegations set forth in paragraph  26, those allegations are hereby denied and Defendant demands strict proof thereof.

82)    As to those allegations set forth in paragraph 27, those allegations are hereby denied and Defendant demands strict proof thereof.

83)    As to those allegations set forth in paragraph 28, those allegations are hereby admitted.

84)    As to those allegations set forth in paragraph 29, those allegations are hereby denied and Defendant demands strict proof thereof.

85)    As to those allegations set forth in paragraph 30, those allegations are hereby admitted.

86)    As to those allegations set forth in paragraph 31, those allegations are

hereby denied and Defendant demands strict proof thereof.

87)   As to those allegations set forth in paragraph 32, those allegations are hereby denied and Defendant demands strict proof thereof.

88)   As to those allegations set forth in paragraph 33, those allegations are hereby admitted.

89)   As to those allegations set forth in paragraph 34, those allegations are hereby denied and Defendant demands strict proof thereof.

90)   As to those allegations set forth in paragraph 35, those allegations are hereby denied and Defendant demands strict proof thereof.

91)   As to those allegations set forth in paragraph 36, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

92)   As to those allegations set forth in paragraph 37, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

93)   As to those allegations set forth in paragraph 38, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

94)   As to those allegations set forth in paragraph 39, those allegations are hereby denied and Defendant demands strict proof thereof.

95)   As to those allegations set forth in paragraph 40, those allegations are hereby admitted.

96)   As to those allegations set forth in paragraph 41, those allegations are

hereby denied and Defendant demands strict proof thereof.

97)     As to those allegations set forth in paragraph 42, those allegations are hereby denied and Defendant demands strict proof thereof.

98)     As to those allegations set forth in paragraph 43 those allegations are hereby denied and Defendant demands strict proof thereof.

99)     As to those allegations set forth in paragraph 44, those allegations are hereby denied and Defendant demands strict proof thereof.

100)    As to those allegations set forth in paragraph 45, those allegations are hereby denied and Defendant demands strict proof thereof.

101)    As to those allegations set forth in paragraph 46, those allegations are hereby denied and Defendant demands strict proof thereof.

102)    As to those allegations set forth in paragraph 47, those allegations are hereby denied and Defendant demands strict proof thereof.

103)    As to those allegations set forth in paragraph 48, those allegations are hereby denied and Defendant demands strict proof thereof.

104)    As to those allegations set forth in paragraph 49, those allegations are hereby denied and Defendant demands strict proof thereof.

105)    As to those allegations set forth in paragraph 50, those allegations are hereby denied and Defendant demands strict proof thereof.

106)    As to those allegations set forth in paragraph 51, those allegations are hereby denied and Defendant demands strict proof thereof.

107)    As to those allegations set forth in paragraph 52, those allegations are hereby denied and Defendant demands strict proof thereof.

108)    As to those allegations set forth in paragraph 53,  those allegations are hereby denied and Defendant demands strict proof thereof.

109)    As to those allegations set forth in paragraph 54, those allegations are hereby denied and Defendant demands strict proof thereof.

110)    Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 54 hereinabove and incorporates the same by reference..

111)    As to those allegations set forth in paragraph 56, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

57)    As to those allegations set forth in paragraph 57, those allegations are hereby admitted.

58)    As to those allegations set forth in paragraph 58, those allegations are hereby admitted.

59)    As to those allegations set forth in paragraph 59, those allegations are hereby admitted.

60)     As to those allegations set forth in paragraph 60, those allegations are hereby admitted.

89)     As to those allegations set forth in paragraph 61,  those allegations are hereby denied and Defendant demands strict proof thereof.

90)     As to those allegations set forth in paragraph 62,  those allegations are hereby denied and Defendant demands strict proof thereof

91)     As to those allegations set forth in paragraph 63,  those allegations are hereby denied and Defendant demands strict proof thereof.

92)    As to those allegations set forth in paragraph 64,  those allegations are hereby denied and Defendant demands strict proof thereof.

93)    As to those allegations set forth in paragraph 65,  those allegations are hereby denied and Defendant demands strict proof thereof

94)    As to those allegations set forth in paragraph 66,  those allegations are hereby denied and Defendant demands strict proof thereof

95)    As to those allegations set forth in paragraph 67,  those allegations are hereby denied and Defendant demands strict proof thereof

96)    Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 67 hereinabove and incorporates the same by reference..

97)    Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 68 hereinabove and incorporates the same by reference..

98)    As to those allegations set forth in paragraph 70,  those allegations are hereby denied and Defendant demands strict proof thereof

99)    Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 70 hereinabove and incorporates the same by reference.

100)    As to those allegations set forth in paragraph 72,  those allegations are hereby denied and Defendant demands strict proof thereof .

101)    Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 72 hereinabove and incorporates the same by reference..

102)    Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 73 hereinabove and incorporates the same by reference.

103)    As to those allegations set forth in paragraph 75,  those allegations are

hereby denied and Defendant demands strict proof thereof .

104)     Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 75 hereinabove and incorporates the same by reference.

105)      As to those allegations set forth in paragraph 77  those allegations are hereby denied and Defendant demands strict proof thereof .

106)      Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 77 hereinabove and incorporates the same by reference

107)     As to those allegations set forth in paragraph 79  those allegations are hereby denied and Defendant demands strict proof thereof .

108)     As to those allegations set forth in paragraph 80  those allegations are hereby denied and Defendant demands strict proof thereof .

109)     As to those allegations set forth in paragraph 81  those allegations are hereby denied and Defendant demands strict proof thereof .

110)     As to those allegations set forth in paragraph 82  those allegations are hereby denied and Defendant demands strict proof thereof .

111)     As to those allegations set forth in paragraph 83  those allegations are hereby denied and Defendant demands strict proof thereof .

112)     As to those allegations set forth in paragraph 84  those allegations are hereby denied and Defendant demands strict proof thereof .

113)     Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 84 hereinabove and incorporates the same by reference.

114)     As to those allegations set forth in paragraph 86  those allegations are hereby denied and Defendant demands strict proof thereof.

115)     As to those allegations set forth in paragraph 87  those allegations are hereby admitted.

116)      As to those allegations set forth in paragraph 88  those allegations are hereby denied and Defendant demands strict proof thereof.

89)  As to those allegations set forth in paragraph 89, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

90)   As to those allegations set forth in paragraph 90, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

91)   As to those allegations set forth in paragraph 89  those allegations are hereby denied and Defendant demands strict proof thereof.

92)   Defendant repeats and realleges each and every answer set forth in paragraphs 1 thru 91 hereinabove and incorporates the same by reference.

93)   As to those allegations set forth in paragraph 93  those allegations are hereby denied and Defendant demands strict proof thereof.

94)   As to those allegations set forth in paragraph 94  those allegations are hereby admitted.

95). As to those allegations set forth in paragraph 95, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

96)      As to those allegations set forth in paragraph 96  those allegations are hereby denied and Defendant demands strict proof thereof.

97)   As to those allegations set forth in paragraph 97, Defendants are without sufficient knowledge to either admit or deny said allegations.  Therefore, said allegations are hereby denied and Defendant demands strict proof thereof.

98)   As to those allegations set forth in paragraph 96  those allegations are hereby denied and Defendant demands strict proof thereof.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE:**   Failure to state a cause of action against this Defendant.

**SECOND AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, by reason  of waiver and/or estoppel.

**THIRD AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, by the doctrine of unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**:   Plaintiff has not suffered any actual damages, and to the extent that any actual damages may exist, such damages were caused by Plaintiff's own conduct and not by any act or omission on the part of the Defendant.

**FIFTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in part, because Plaintiff failed to mitigate its damages.

**SIXTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims are barred in whole or in part because the Plaintiff did in fact apply for credit and obtained an American Express credit card.  In connection with the application for and obtaining an American Express credit card, the Plaintiff gave American Express and/or its agents Plaintiff's consent to obtain the Plaintiff's credit reports.

**SEVENTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in

part, because Defendant's was authorized by the Plaintiff and had a justified business

reason for accessing the Plaintiff's credit report information. actions  are privileged or

justified in asserting in good faith a legally protected interest of its own or threatening in

good faith to protect its interest by appropriate means.

**EIGHTH AFFIRMATIVE DEFENSE**:  Plaintiff's claims is barred, in whole or in

part,  because the Defendant did not at any time report any information whatsoever

concerning the Plaintiff to any credit reporting agency located anywhere ,

**NINTH AFFIRMATIVE DEFENSE**:  Plaintiffs is not entitled to an award of

attorney's fees or costs.
### DEMAND FOR ATTORNEYS FEES

Defendant has been required to retain the undersigned counsel to defend against

Plaintiffs' claims and is required to pay a reasonable fee for services which it is

entitled to recover against the Plaintiff.

Respectfully subitted,

> HUNT & KAHN , PA
> formerly known as
> WAGNER & HUNT, PA
> Attorneys for Defendant
> Post Office Box 934788
> Margate, FL 33093-4788
> 1-800-777-2602
> dorothymaier@wagnerandhuntlaw.com

> */s/  Dorothy V. Maier*
> By:_____
> Dorothy V. Maier
> FBN  338176

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2013 I caused the foregoing to be electronically filed with the United States District Court, Southern District of Florida and served on the Plaintiff, John Pinson, at john@pinson.com and 526 Westwood Road, West Palm Beach, FL 33401.

/s/ *Dorothy V. Maier*

By: _____

Dorothy V. Maier