IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-81158-CV-MARRA/MATTEWMAN

JOHN PINSON
                         Plaintiff

Vs

WAGNER & HUNT, PA.,
                         Defendant
_____/

` **NOTICE OF CHANGE OF ADDRESS AND FIRM**

COMES NOW the undersigned and hereby gives notice of her change of address and firm name as follows:

        Dorothy V. Maier
        Wagner & Hunt, PA
        Post Office Box 934788
        Margate, FL 33093-4788
        dorothymaier@wagnerandhuntlaw.com

**New contact information**:

        Dorothy V. Maier, PA
        745 Tarrytown Trail
        Port Orange, FL 32127
        386-761-0951
        Fax – 386-682-3823
        dmaier2@cfl.rr.com

                                    Dorothy V. Maier, PA
                                    745 Tarrytown Trail
                                    Port Orange, FL 32127
                                    386-761-0951
                                    Fax – 386-682-3823
                                    dmaier2@cfl.rr.com
                                    FBN 338176

                                    */s/  Dorothy V. Maier*
                         By: _____
                              **Dorothy V.  Maier**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this _24th _ day of July 2013 I caused the foregoing to be electronically filed with the U.S. District Court, Southern District of Florida and forwarded the same to the following via electronic communication:  Mr.  John Pinson, 526 Westwood Road, West Palm Beach, FL 33401; john@pinson.com.

                         */s/  Dorothy V. Maier*
        **By:**    _____
                        **Dorothy V. Maier, Esq.**
                        **Florida Bar # 338176**
                        **DOROTHY V.  MAIER, PA**
                        **Attorney for Defendant**
                        **745  Tarrytown Trail**
                        **Port Orange, FL  32127**
                        **Phone: 386-761-0951**
                        **dmaier2@cfl.rr.com**