UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81158-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

WAGNER & HUNT, et al.

Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*.

The stay of discovery entered by the Court on October 29, 2012 is **LIFTED**. The parties shall file their joint scheduling report **within 20 days of the date of entry of this Order**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of January, 2014.

_____
KENNETH A. MARRA
United States District Judge