UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:12-cv-81158-KAM

**John Pinson**
  *Plaintiff.*

vs

**WAGNER & HUNT P.A., et. Al.**
  *Defendants/*

FILED by ___ D.C.
JAN 27 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### PLAINTIFF *PRO SE'S* CERTIFICATION OF INTERESTED PARTIES

Plaintiff *pro se*, John Pinson, under FRCP Rule 7.1 hereby serves this certification of interested parties in the above styled cause of action. To the best of Plaintiff *pro se's* knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

**Plaintiff:**

John Pinson, *pro se*

**Defendants:**

Wagner & Hunt, P.A.

Does 1-10

Dated: January 27, 2014

Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed January 27, 2014

John Pinson

### Service List

Dorothy V. Maier, Esq.
Dorothy V. Maier, PA
dmaier2@cfl.rr.com
745 Tarrytown Trail
Port Orange, FL 32127
Tel. 386-761-0951
Fax. 386-682-3823
*Attorney for Defendant:*
WAGNER & HUNT P.A.