UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



CASE NO.: 9:12-cv-81158-KAM

**John Pinson**
    *Plaintiff.*

vs

**WAGNER & HUNT P.A., et. al.**
    *Defendants/*

### NOTICE OF AGREEMENT OF THE PARTIES UPON A MEDIATOR

Plaintiff pro se, John Pinson, pursuant to the Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [DE 24], files this Notice of Agreement of the Parties Upon a Mediator.

The parties have agreed to use John Salmon (of Salmon & Dulberg Mediation Services, Inc.) for mediation of this case. The parties are jointly coordinating the mediation conference date and location and will comply with the Court's Order [DE 24] regarding timely completion of the mediation.

Dated: March 5, 2014     Respectfully Submitted,

_____
John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed March 5, 2014

John Pinson

## Service List

Dorothy V. Maier, Esq.
Dorothy V. Maier, PA
dmaier2@cfl.rr.com
745 Tarrytown Trail
Port Orange, FL 32127
Tel. 386-761-0951
Fax. 386-682-3823
*Attorney for Defendant:*
WAGNER & HUNT P.A.