UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  9:12-cv-81158 – KAM

**JOHN PINSON**

    **Plaintiff**

vs

**WAGNER & HUNT, PA**

    **Defendant**
_____/

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

Defendant, WAGNER & HUNT, PA , hereby submits his Initial Disclosures pursuant to Federal

Rules of Civil Procedure 26.  These disclosures are predicated on information currently

available to the Defendant.  Defendant reserves the right to supplement said disclosures

if necessary.

    1)    FRCP Rule 26 (a) (A) (i)

        Deryl Hunt
        Managing Partner
        Wagner & Hunt, PA
        c/o Dorothy V. Maier
        Attorney for Defendant
        745 Tarrytown Trail
        Port Orange, FL 32127
        386-761-0951
        dmaier2@cfl.rr.com

        Jeffrey Kahn
        Wagner & Hunt, PA
        c/o Dorothy V. Maier
        Attorney for Defendant
        745 Tarrytown Trail
        Port Orange, FL 32127
        386-761-0951
        dmaier2@cfl.rr.com

2)     FRCP Rule 26 (a)(A)(ii)

Defendant is not in possession of any documents pertaining to the Plaintiff's claims or any defenses to this action.

3)     FRCP Rule 26(a)(A) (iii)

Not applicable

4)     FRCP 26(a)(A)(iv)

Defendant is not aware of any insurance policies that would apply.

Respectfully submitted.

By:     /s/ Dorothy V. Maier
_____
Dorothy V. Maier , Esq.
Florida Bar # 338176
DOROTHY V. MAIER, PA.
745 Tarrytown Trail
Port Orange, Fl 32127
Phone – 386-761-0951
dmaier2@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on the following this 3rd day of February 2014: John Pinson, 526 Westwood Road, West Palm Beach, FL 33401.

By:     /s/ Dorothy V. Maier
_____
Dorothy V. Maier , Esq.