UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  9:12-cv-81158 – KAM

JOHN PINSON

       **Plaintiff**

vs

WAGNER & HUNT, PA

       **Defendant**
_____/

## DEFENDANT'S NOTICE OF SERVING ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

    Defendant, WAGNER & HUNT, PA , pursuant to Federal Rules of Civil Procedure 33 and hereby files its Notice of Serving Answers to Plaintiff's First Interrogatories and hereby certifies that its interrogatory answers have been served on the Plaintiff this 4th day of April, 2014 via electronic communication and by placing a copy of Defendant's answers for delivery to the Plaintiff via certified mail return receipt requested.

                            /s/  Dorothy V. Maier
By: _____
                            Dorothy V. Maier , Esq.
                            Florida Bar # 338176
                            DOROTHY V. MAIER, PA.
                            745 Tarrytown Trail
                            Port Orange, Fl 32127
                            Phone – 386-761-0951
                            dmaier2@cfl.rr.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing has been served on the following this _4th _____ day of April 2014: John Pinson, 526 Westwood Road, West Palm Beach, FL 33401.

                                      /s/ Dorothy V. Maier
                    By:   _____
                                      Dorothy V. Maier , Esq.