UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.  9:12-cv-81158 – KAM

JOHN PINSON

       **Plaintiff**

vs

WAGNER & HUNT, PA

       **Defendant**
_____/

## DEFENDANT'S NOTICE OF SERVING RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, WAGNER & HUNT, PA , pursuant to Federal Rules of Civil Procedure 33 and hereby files its Notice of Serving its Responses to Plaintiff's First Request for Production of Documents and hereby certifies that its interrogatory answers have been served on the Plaintiff this 4th day of April, 2014 via electronic communication and by placing a copy of Defendant's responses for delivery to the Plaintiff via certified mail return receipt requested.

By:    /s/  Dorothy V. Maier
       _____
       Dorothy V. Maier , Esq.
       Florida Bar # 338176
       DOROTHY V. MAIER, PA.
       745 Tarrytown Trail
       Port Orange, Fl 32127
       Phone – 386-761-0951
       dmaier2@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on the following this _4th _____ day of April 2014:  John Pinson, 526 Westwood Road, West Palm Beach, FL 33401.

By:     /s/ Dorothy V. Maier
    _____
    Dorothy V. Maier , Esq.