UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81158-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

WAGNER & HUNT, et al.

Defendants.
_____/

**NOTICE OF SUMMARY JUDGMENT**

This Cause is before the Court on Defendant's Motion for Summary Judgment, filed September 30, 2014 (DE 29).  This Court hereby gives notice to Plaintiff that this Court will begin considering the Motion on **October 31, 2014**.

Plaintiff may wish to consult Federal Rule of Civil Procedure 56, Southern District of Florida Local Rule 56.1, and Celotex Corp. v. Catrett, 477 U.S. 317 (1986).  Federal Rule of Civil Procedure 56(a) provides that summary judgment shall be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a).  In response to a motion for summary judgment, a party must "go beyond the pleadings and by its own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file,' designate 'specific facts showing that there is a genuine issue for trial.' "  Celotex, 477 U.S. at 324.  In other words, in order to overcome a motion for summary judgment, a party must show there is a genuine issue for trial using affidavits, depositions, answers to interrogatories, and/or admissions on file.  Additionally, Local Rule 56.1

requires that opposing parties submit a concise statement of material fact which reflects there is a genuine issue to be tried.

Accordingly, Plaintiff shall file the following items with this Court by **October 20, 2014**: (1) a memorandum of law in opposition to the Motion; (2) necessary sworn affidavits and other material in opposition to the Motion; and (3) a concise statement of material fact which contends there is a genuine issue to be tried.  If Plaintiff fails to submit the necessary sworn affidavits or the concise statement of material fact, this Court will accept all material facts set forth in the Motion as true in accordance with Local Rule 56.1(b).  If this Court grants the Motion for Summary Judgment, final judgment shall be entered against Plaintiff without a full trial.

If Plaintiff <u>does</u> file a response, Defendant may file a reply thereto consistent with the Local and Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of September, 2014.

```
                                    _____
                                    KENNETH A. MARRA
                                    United States District Judge
```