UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81158-CIV-MARRA

JOHN PINSON,

Plaintiff,

vs.

WAGNER & HUNT, et al.

Defendants.
_____/

**ORDER**

This cause is before the Court upon Defendant's Motion for Summary Judgment (DE 29). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On September 30, 2014, Defendant filed a motion for summary judgment (DE 29). A review of the motion shows that Defendant did not comply with Local Rule 56.1 of the Southern District of Florida. That rule provides that a motion for summary judgment must be accompanied by a statement of material facts that is supported by specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court and consists of separately numbered paragraphs. S.D. Fla. L. R. 56.1(a)(2)-(3). Additionally, the Court notes that the motion refers to a declaration of Jeffrey L. Kahn. However, the declaration is not provided to the Court and the motion left blank the specific paragraphs in support of factual assertions. (DE 29 at 4 "See Declaration of Jeffrey L. Kahn, Esq. at para. ___.)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that **WITHIN FIVE DAYS OF THE DATE OF ENTRY OF THIS ORDER:**

1) Defendant shall file a statement of material fact that complies with Local Rule 56.1.

2) Defendant shall file an amended summary judgment motion that provides adequate citations to the record.

3) Defendant shall file the evidence relied upon in the motion for summary judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of October, 2014.

_____
KENNETH A. MARRA
United States District Judge